UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

STEWART LEGAL GROUP, P.L.
*Formed in the State of FL*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231
Fax: 813-371-1232
E-mail: bk@stewartlegalgroup.com
Attorney for BMW Bank of North America

**IN RE:**

**SHIREEN NIKOLE SHAW, Debtor**

Chapter: 7

Case No.: 26-20619-ABA

Hearing Date: October 27, 2026

Judge: Andrew B. Altenburg Jr.

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO:

Shireen Nikole Shaw
336 Nina Ct
Williamstown, NJ 08094

Michael I. Assad
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002

Maureen P. Steady
2 Kings Highway West, Suite 102
Haddonfield, NJ 08033
trustee@kurtzmansteady.com

**PLEASE TAKE NOTICE** that on **October 27, 2026 at 10:00 A.M.**, or as soon as the matter may be heard, the undersigned, attorneys for BMW Bank of North America ("Movant"), will move before United States Bankruptcy Court,the Honorable Andrew B. Altenburg Jr. U.S.B.J., Courtroom Number Courtroom 4B, Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, N.J. 08101 for an Order Granting Motion for Relief from the Automatic Stay with respect to the following property: **2026 BMW 2 Series Sedan 4D M235 AWD 2.0L I4 Turbo, V.I.N. WBA33GG09T7U02966.**

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the default in contractual payments due to Movant. Movant asserts that the facts and law it relies upon in making this Motion are neither complicated nor unique, and therefore no brief or legal memorandum is necessary pursuant to D.N.J. LBR 9013-1. Movant shall rely on the Certification and Proposed Order attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested shall be in writing, specify with particularity the basis for such objections, and be filed with the Clerk of Court and served on counsel for Movant, Stewart Legal Group, P.L. 401 East Jackson Street, Suite 2340 Tampa, FL 33602 so as to be received no later than seven (7) days before the return date, in accordance with D.N.J. LBR 9013-2(a). Unless objections are timely filed and served, the Motion may be deemed uncontested.

Stewart Legal Group, P.L.
Attorney for BMW Bank of North America

Dated : September 30, 2026

*/s/ Gavin N. Stewart, Esq.*
**Gavin N. Stewart, Esq.**