PDP ELECTRONIC TITLE DOCUMENT

ELT*NJ : ELT - NEW JERSEY
Title #: [redacted] Title Type :
Issue Date: Lic/Tag/Control #:

VIN . . . . . . . : WBA33GG09T7U02966

Vehicle Info. . : 2026 BMW M23 M23

Odometer Reading : 21
Date . : 3/11/2026
Status :

Owner Information . : SHIREEN N SHAW
Co-Owner . . . . . :

Owner address . . . : 25 STONE HOLLOW DR

SICKLERVILLE
NJ 080813928

Lienholder Information: BMW BANK OF NORTH AMERICA
10909 MCCORMICK ROAD

HUNT VALLEY
MD 21031

2nd Lienholder Name :

ELT Sent Date . . . . :
Lien Type . . . . . . :
Owner Driver License# :

Brand code . . . . :

Release name . . . :
Release address 1 :
Rel City/State/Zip : [redacted]

[redacted]

Exhibit B