# J.D. POWER

09/24/2026

J.D. POWER Used Cars/Trucks

**Vehicle Information**

| | |
|---|---|
| Vehicle : | 2026 BMW 2 Series Sedan 4D M235 AWD 2.0L I4 Turbo |
| Region : | Eastern |
| Period : | September, 2026 |
| VIN : | WBA33GG09T7U02966 |
| Mileage : | 0 |

**J.D.POWER Used Cars/Trucks Values**

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $0.00 | $0 | 0 | $0.00 |
| Average Trade-In | $12356.25 | $0 | 0 | $12356.25 |
| Clean Trade-In | $24712.50 | $0 | 0 | $24712.50 |
| Clean Retail | $49425.00 | $0 | 0 | $49425.00 |

**Selected Options**

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

Exhibit C