**Payment History**
**SHIREEN SHAW**

| Date Received | Total Payment | Principal | Interest | Lender Note |
|---|---|---|---|---|
| 07/15/2026 | 1099.00 | 589.00 | 510.00 | Loan Payment |
| 05/20/2026 | 1099.00 | 822.41 | 276.59 | Loan Payment |
| 04/20/2026 | 1099.00 | 679.93 | 419.07 | Loan Payment |

Exhibit D