STEWART LEGAL GROUP, P.L.
Formed in the State of FL
Gavin N. Stewart, Esq.
P.O. Box 5703
Clearwater, FL 33758
Tel: (727) 565-2653
Fax: (727) 213-9022
E-mail: bk@stewartlegalgroup.com
Attorney for BMW Bank of North America

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***CAMDEN DIVISION***

| | | |
|---|---|---|
| **IN RE:** | § | CASE NO. 26-20619-ABA |
| | § | |
| **SHIREEN NIKOLE SHAW, Debtor** | § | CHAPTER 7 |

## CERTIFICATION IN SUPPORT OF MOTION

The undersigned, a duly authorized representative for BMW Bank of North America, does hereby certify that:

1. I am employed as a Bankruptcy Manager by BMW Financial Services NA, LLC service provider for BMW Bank of North America ("Movant"), a Utah industrial bank and a wholly owned subsidiary of BMW Financial Services NA, LLC and am familiar with the account which the Movant maintains for the Debtor Shireen Nikole Shaw, and I am authorized to make this Certification.
2. On or about March 06, 2026, Debtor Shireen Nikole Shaw entered into a Retail Installment Contract ("Contract") involving a loan in the amount of $68,118.30 for the purchase of a 2026 BMW 2 Series Sedan 4D M235 AWD 2.0L I4 Turbo.
3. The vehicle secured by the Contract has V.I.N. WBA33GG09T7U02966. See copy of Contract attached hereto and marked as Exhibit "A".
4. Movant is the assignee of the Contract.
5. The Movant is the only lien holder of record with regard to the vehicle. See copy of the Certificate of Title attached hereto and marked as Exhibit "B".

6. The above-described vehicle is encumbered by a lien in favor of the Movant; the account has a payoff in the amount of $66,731.04, plus other appropriate charges through September 21, 2026, though subject to change. The regular monthly payment is $1,099.00 at an interest rate of 4.990%.

7. The statement of Intent calls for surrender of Collateral.

8. Pursuant to the provisions of the Contract, the Debtor Shireen Nikole Shaw has defaulted by failing to make payments and Movant is entitled to possession of the vehicle as a result of the default.

| | | |
|---|---|---|
| a. | Contract Date: | March 06, 2026 |
| b. | Date of Last Payment: | July 15, 2026 |
| c. | Amount of Last Payment: | $1,099.00 |
| d. | Last Payment Applied to Date: | Pre Petition Month |
| e. | Payment Amount: | $1,099.00 |
| f. | Balance as of September 21, 2026: | $66,731.04 |
| g. | Pre-Petition Arrears: | $2,198.00 |
| h. | Post-Petition Arrears: | $1,099.00 |
| i. | Other Fees and Charges | $0.00 |
| j. | Attorney's Fees and Costs: | $0.00 |
| TOTAL DELINQUENCY | | $3,297.00 |

9. The Eastern Edition of JD Power Official Used Car Guide indicates and adjusted retail value of $49,425.00. See copy of JD Power report and marked as Exhibit "C".

**I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I AM AWARE IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.**

DATED: 9/29/2026

Signature

Christopher Dick