UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

STEWART LEGAL GROUP, P.L.
*Formed in the State of FL*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231
Fax: 813-371-1232
E-mail: bk@stewartlegalgroup.com
Attorney for BMW Bank of North America

**In Re:**

**SHIREEN NIKOLE SHAW, Debtor**

Case No.: 26-20619-ABA

Chapter: 7

Hearing Date: October 27, 2026

Judge: Andrew B. Altenburg Jr.

**CERTIFICATION OF SERVICE**

1. I, Nicole Reed:

   ✓ represent the Creditor in the above-captioned matter.

   ☐ am the legal assistant for _______ , who represents the Movant

   ☐ am the in the above case and am representing myself.

2. On September 30, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief from Automatic Stay
   - Certification
   - Exhibit - Loan Documents
   - Statement as to Why no Brief is Necessary
   - Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

September 30, 2026
DATE:

*/s/ Nicole Reed*
Signature

| Name of Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shireen Nikole Shaw<br>336 Nina Ct<br>Williamstown, NJ 08094 | Debtor | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_________________<br>(as authorized by the court*) |
| Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002 | Debtor's Counsel | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_________________<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Maureen P. Steady<br>Chapter 7 Trustee<br>2 Kings Highway West, Suite 102<br>Haddonfield, NJ 08033 | Chapter 7<br>Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_________________<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U. S. Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_________________<br>(as authorized by the court*) |
| BMW Bank of North America<br>Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma, OK 73118<br>By First Class Mail | RFN Parties | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_________________<br>(as authorized by the court*) |