UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

STEWART LEGAL GROUP, P.L.
*Formed in the State of FL*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231
Fax: 813-371-1232
E-mail: bk@stewartlegalgroup.com
Attorney for BMW Bank of North America

**IN RE:**

**SHIREEN NIKOLE SHAW, Debtor**

Chapter: 7

Case No.: 26-20619-ABA

Hearing Date: October 27, 2026

Judge: Andrew B. Altenburg Jr.

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LNBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this Motion, as it does not involve complex issues of law.

Stewart Legal Group, P.L.
Attorney for BMW Bank of North America

Dated : September 30, 2026

*/s/ Gavin N. Stewart, Esq.*
**Gavin N. Stewart, Esq.**